UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
Eigth DIVISION

Scotty Lee White

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Paul Hopkins
Dane Roper
Angela Athmann
Chandra Miller
John Taylor

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes   ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Scotty Lee White |
   | Street Address | 2105 Meadows Road |
   | City and County | Poplar Bluff |
   | State and Zip Code | Missouri |
   | Telephone Number | 573-326-0173 |
   | E-mail Address | scottyw4755@outlook.com |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Paul Hopkins |
   | Job or Title | Medical Center Director |
   | Street Address | 1500 North Westwood Blvd |
   | City and County | Poplar Bluff, Butler |
   | State and Zip Code | Missouri, 63901 |
   | Telephone Number | 573-686-4151 |
   | E-mail Address | Paul.Hopkins@VA.gov |

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

A.   **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
FTCA, 28 U.S.C. §§ 2671-2680
14th Amendment
Title VII of the Civil Rights Act of 1964
```

B.   **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

```
United States Department of Veterans Affairs
```

C.   **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    1.   The Plaintiff(s)

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____ .

If the defendant is a corporation

The defendant, *(name)* _____ . is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ Or is incorporated under the laws of the State of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
$250,000
The Department of Veterans Affairs Owes the Plaintiff
four years and ten months for back pay that was
awarded for discrimination but has never been paid.
The plaitiff received permanant injuries to his body.
```

4

### III.     Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
   I was doing my duties on official time when mold was
discovered during environment of care rounds.  Mold and moisture
was discovered in multiple places owned, rented and maintained
by the Department of Veterans Affairs that caused me to develop
medical conditions.  I was treated at the John J Pershing VAMC
multiple times for the exposures.   I asked the defendents to
test the particles but they refused to do testing.  The
particles were sent off for identification and confirmed as
mold.
     I reported the hazards to the Office of Special Counel.  The
Office of Special Councel referered the health hazards to be
investigated by the Office of Medical Inspectars under the
Deparment of Veterans Affairs. Some reports were issued that
were falfied. It was determined by material fact that the false
documents were authored by the Office of General Councel and
came from VISN 15. It was found out that the agency knew why the
mold issues were occuring but concealed evidence.
   After reporting the hazards and falsfied documents the
defendents begain to retaliate by cutting my access off from
computers, threatning me, trying to forcfully remove from the
Department of Veterans Affairs hospital where I get care.  These
events caused me to devlop phsycholgical health problems
confirmed by mutltiple physicians.
    All of these events occured on VA property. I suffered lung
injuries, nasal injuries and psychological injuries.
```

### IV.     Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

```
I request the courts to prosecute the defendents for the
unlawfull acts and grant me protection from anymore
unlawfull acts.
```

5

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☒   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
The defendenents have been ordered and paid previous actual
and punitive damages for the same reasons that occured
again and are still occuring.
```

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28th__ day of _____November_____, 20 _23_.

Signature of Plaintiff(s)  *scotty white*

Scotty White   Digitally signed by Scotty White
Date: 2023.11.28 15:18:12 -06'00'

6

Additional Defendants
Ashley Lepold
Dane R. Roper

Defendant No. 2
Name Ashley Lepold
Job or Title  Chief-Environment of Care/Safety
Street Address    3100 Oak Grove Rd
City and County    Poplar Bluff, Butler
State and Zip Code    Missouri, 63901
Telephone Number  573-452-1424
E-mail Address  Ashley.hollowy@va.gov
Defendant No. 3
Name Dane R. Roper
Job or Title Office of General Counsel
Street Address    One Jefferson Barracks Drive, Building 56
City and County    St. Louis,  St. Louis
State and Zip Code    Missouri, 63125
Telephone Number  314-652-4100 Ext. 63112
E-mail Address  Dane.Roper@va.gov
Defendant No. 4
Name Angela Athmann
Job or Title Deputy Network Director
Street Address    4801 E Linwood Blvd
City and County    Kansas City, Jackson
State and Zip Code    Missouri, 64128
Telephone Number  573-686-4151
E-mail Address  Angela.Athmann@va.gov


Defendant No. 5
Name  Chandra Miller
Job or Title
Street Address    1500 North Westwood Blvd
City and County    Poplar Bluff, Butler
State and Zip Code    Missouri, 63901
Telephone Number  573-686-4151
E-mail Address  Chandra.Miller1@va.gov

Defendant No. 6
Name  John Taylor
Job or Title   VA Police
Street Address    1500 North Westwood Blvd
City and County    Poplar Bluff, Butler
State and Zip Code    Missouri, 63901
Telephone Number  573-778-4210
E-mail Address john.taylor10@va.gov