UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **Scotty Lee White,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) Case No. 1:23-cv-00208-SNLJ |
| **Paul Hopkins, in his official capacity as Medical Center Director, et al.,** | ) ) ) |
| **Defendants.** | ) ) ) |

## ORDER

In accordance with the memorandum and order entered today, this matter is hereby **DISMISSED**. Plaintiff's Federal Tort Claims Act claim as it relates to specifically post-employment retaliation is **DISMISSED WITHOUT PREJUDICE**. All other claims are **DISMISSED WITH PREJUDICE**.

Dated this 2nd day of July, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE