# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  25-3382

_____

In re: Scotty Lee White

Petitioner

---

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:23-cv-00208-SNLJ)

---

## JUDGMENT

Before BENTON, SHEPHERD, and KELLY, Circuit Judges.

Scotty Lee White's petition for writ of mandamus has been considered by the court and is denied.  The amended petition for writ of mandamus is also denied.  Mandate shall issue forthwith.

December 22, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Susan E. Bindler